# Court of Appeals
# of the State of Georgia

ATLANTA,  March 31, 2020

*The Court of Appeals hereby passes the following order:*

**A20A1443. ANTHONY BRENT MOORE v. THE STATE.**

Anthony Brent Moore was convicted of statutory rape in 2017. He subsequently filed a motion to clarify his sentence, arguing that he should have received credit for time served. On November 25, 2019, the trial court entered an order denying Moore's motion, and Moore filed a notice of appeal on December 30, 2019. We lack jurisdiction.

To be timely, a notice of appeal must be filed within 30 days after entry of the order on appeal. See OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. See *Davis v. State*, 330 Ga. App. 711, 711 (769 SE2d 133) (2015). Here, Moore's notice of appeal was filed 35 days after entry of the trial court's order.

Although Moore urges us to extend the statutory deadline by applying the mailbox rule, that rule does not apply here. The mailbox rule "applies only to habeas petitions, . . . not to direct appeals, and does not exempt a pro se prisoner from complying with the statutory requirements to file a timely notice of appeal in any non-habeas criminal or civil filing." *McCroskey v. State*, 291 Ga. App. 15, 16 (2) (660 SE2d 735) (2008) (citation and punctuation omitted).

Because Moore's notice of appeal was untimely, we lack jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,   03/31/2020          *
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ Stephen E. Castlen _____ *, Clerk.*